# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

July 30, 2010

Before

FRANK H. EASTERBROOK, *Chief Judge*

DANIEL A. MANION, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

**No**. 09-1663

| | |
|---|---|
| PRIME EAGLE GROUP LIMITED, as assignee of the claims of Nakornthai Strip Mill Public Company Limited,<br>    *Plaintiff-Appellant*,<br><br>    **v.**<br><br>STEEL DYNAMICS, INC.,<br>    *Defendant-Appellee*. | Appeal from the United States District Court for the Northern District of Indiana, Fort Wayne Division.<br><br>No. 1:08 CV 35<br>James T. Moody, *Judge*. |

## Order

The slip of opinion of this court issued on July 27, 2010, is amended at follows:

Page 7, line 17, change "as Steel Dynamics supposes." to "as Prime Eagle supposes."